IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 07-cv-01221-RPM

DENNY MORA,

        Plaintiff,

    v.

HALL-IRWIN CORPORATION,

        Defendant.

_____

### ORDER OF DISMISSAL **WITH PREJUDICE**

**THIS MATTER** comes before the Court on the parties' Stipulated Joint Motion For Dismissal With Prejudice, and the Court having read the same and otherwise being fully advised in the premises, it is hereby

**ORDERED** that this action and any claims that were or could have been asserted are dismissed with prejudice, each party to pay his or its own costs, expenses, and attorneys' fees.

**ENTERED** this 3rd day of March, 2008.

                              **BY THE COURT:**

                              s/Richard P. Matsch

                              _____

                              U.S. District Court Judge